## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**ELIJAH JACKSON, JR.,**
**D.O.C. # 979922,**

     *Plaintiff,*

**v.**                  **Case No.: 4:22cv123-MW/MAF**

**RICKY D. DIXON, et al.,**

     *Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** without prejudice for failure to prosecute and failure to comply with a Court Order." The Clerk shall close the file.

**SO ORDERED on June 6, 2022.**

                               **s/Mark E. Walker**
                               **Chief United States District Judge**